FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 FEB -1 PM 3: 05
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 415-165 |
| CODY O. SINK ) | |
| ) | |
| **Defendant** ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant CODY O. SINK without prejudice.

SO ORDERED, this _1st_ day of _February_, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA